STATE OF NEW JERSEY v. JUAN RAMIREZ.

July 11, 1985.

Petition for certification denied.

SEHAM ATTAL v. SHELL OIL COMPANY.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD KOLLING.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM SHORTER.

July 11, 1985.

Petition for certification denied.